```
1   TONY WEST
    United States Department of Justice
2   Assistant Attorney General, Civil Division
    JEFFREY S. ROBINS
3   Assistant Director, District Court Section
    SHEREASE PRATT NYSB 2620912
4   Trial Attorney
    United States Department of Justice
5   Civil Division
    Office of Immigration Litigation
6   District Court Section
    P.O. Box 868, Ben Franklin Station
7   Washington, DC 20530
    Phone: (202) 616-0063
8   Facsimile: (202) 616-8962
9
    Attorneys for Defendants
10
                    UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                         SAN FRANCISCO DIVISION
13
14  ROSSANA CRAIG,              )  No. 3:11-CV-05315-EDL
                                )
15              Plaintiff,      )
                                )
16                              )  PARTIES' STIPULATION TO
          v.                    )  DISMISS WITH PREJUDICE
17                              )  PURSUANT TO FED. R. CIV. P.
                                )  41(a)(1)(A)(ii); AND [PROPOSED]
18  UNITED STATES OF AMERICA,   )  ORDER
    et al.,                     )
19                              )
                Defendants.     )
20                              )
                                )
21  _____)
22
          In accordance with the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii),
23
    Plaintiff, by and through her attorney of record, Rhoda Wilkinson Domingo, and Defendants,
24
    by and through their attorney of record, Sherease Pratt, hereby stipulate to dismissal of the
25
    above-entitled action, with prejudice.  The action seeks to compel adjudication of Ms. Craig's
26
    Form I-687, Application for Status as a Temporary Resident.  United States Citizenship and
27
    Immigration Services ("USCIS") approved Ms. Craig's I-687 on June 21, 2010.  Because the
28
```

Stipulation to Dismiss
3:11-cv-05315-EDL

complaint is moot, the parties have agreed to dismiss this case, with prejudice. Plaintiff will not seek attorney's fees or costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, or any other provision of law, associated with the above-captioned matter. Each of the parties shall bear their own costs and fees.

DATED: January 30, 2012

/s/ Rhoda Wilkinson Domingo
RHODA WILKINSON DOMINGO, Esq.

Rhoda Wilkinson Domingo
Law Office of Rhoda Wilkinson Domingo
414 Jackson Street, Suite 202
San Francisco, CA 94111
Phone: (415) 986-1121
Email: rhoda@lawrwd.com

Attorney for Plaintiff

DATED: January 30, 2012

TONY WEST
Assistant Attorney General
United States Department of Justice

JEFFREY S. ROBINS
Assistant Director
District Court Section

/s/ Sherease Pratt
SHEREASE PRATT[1]
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC  20530
Phone: (202) 616-0063
Facsimile: (202) 616-8962
Email: Sherease.Pratt@usdoj.gov

Attorneys for Defendants

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date: January 30, 2012

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

---

[1] I, Sherease Pratt, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

**CERTIFICATE OF SERVICE**

Case No. 3:11-cv-05315-EDL

    I hereby certify that on January 30, 2012, one copy of the foregoingStipulation to Dismiss was served on counsel for Plaintiff via the district court ECF system which will send notification of such filing to the following ECF filer:

    Rhoda Wilkinson Domingo
Law Office of Rhoda Wilkinson Domingo
414 Jackson Street, Suite 202
San Francisco, CA 94111
Email: rhoda@lawrwd.com

    Attorney for Plaintiff

                      /s/ Sherease Pratt
                      SHEREASE PRATT